IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | No. 4:24-cr-205 |
| ANGEL REYES ISIDRO | § | |

## **ORDER**

Upon consideration of defendant's unopposed motion for two-week extension of time to file pre-trial motions, it is hereby granted. Motions are due May 31, 2024, responses are due June 7, 2024. All other deadlines and settings remain the same.

SIGNED this _____, 2024

_____
KEITH ELLISON
UNITED STATES DISTRICT JUDGE