United States
Southern District [illegible]
FILED
MAY 20 2024
Nathan Ochsner, Clerk of Court

"Letter Request for "Discovery" and "Brady" material."

Criminal NO. 4:24-cr-00205    May 15, 2024

United States Attorneys Office

Re: United States v. Angel Reyes Isidro

attn: Dear Mrs. J. Lu, assistant States Assistant Attorney,

In Accordance with local rules Pertaining to pretrial discovery, Please Provide me with the following information in writing, at the earliest possible time, for an Order allowing the Defendent to inspect or copy or photograph

1. the Written Confession, admission and/or Statements of the defendent, given to the United States Attorneys and other law enforcement officers, including

2). all evidence in the possession of the United States of America or any of its attorneys, agents, servents or employees which may be Material or favorable to the Defendent.

3). Persuant to the Sixth Amendment of the United States Constitution and the inherent and Supervisory powers of this court, directing the government to disclose to defense counsel any and all information with which Mr. Angel Reyes Isidro is entitled persuant to Brady v. Maryland 373 U.S. 83 (1963)

4. the existence and scope of any offers of immunity plea bargains, promises of leniency, indications of leniency or negotiations concerning pleas conducted by the United States Government with any defendent, co-conspirator or witness concerning matters contained in this indictment. Giglio v. United States 405 U.S. 150, 31 L.Ed.2d 104, 92 S.Ct. 763 (1972); Brady v. Maryland, 373 U.S. 83 10 L.Ed.2d 215, 83 S.Ct. 1194 (1963)

5. All evidence favorable to the defendent presently in the control, possession or custody of the U.S. Attorneys office or which may come into their control or custody at a future time

Your Cooperation in this matter is gratefully appreciated

Very truly yours

Defendent. Angel Reyes Isidro.
Angel Reyes
cc: Hon. United States Magistrate Judge Christina A. Bryan.

Angel Reyes Isidro #12168-506
Federal Detention Center.
P.O. Box. 526255
Houston Texas - 77052

Legal Mail.

HOUSTON TX RPDC 773
16 MAY 2024 PM 4 L

United States Courts
Southern District of Texas
FILED
MAY 20 2024
Nathan Ochsner, Clerk of Court

Nathan Ochsner Clerk of Court.
Federal Court House.
515 Rusk St.
Houston Texas. 77002

77002-260059